UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 6:25-cv-00222-WWB-NWH

**YEHIEL KYLE ISRAEL,**
*individually and on behalf
of all others similarly situated*,
    Plaintiff,
vs.

**RABBIT DESIGN INC. DBA RABBIT
PRODUCT DESIGN,**
    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Yehiel Kyle Israel, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice in the above styled action. Defendant Rabbit Design Inc has not filed an answer or motion for summary judgment.

DATED: August 12, 2025

                                            Respectfully Submitted,

                                        /s/ Faaris K. Uddin                .
                                        **FAARIS K. UDDIN, ESQ.**
                                        Florida Bar No.: 1054470
                                        E-mail: faaris@jibraellaw.com
                                        The Law Offices of Jibrael S. Hindi
                                        1515 NE 26th Street
                                        Wilton Manors, FL 33305
                                        Phone: (813) 340-8838

                                        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 12, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Faaris K. Uddin                                    .
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com