**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

YEHIEL KYLE ISRAEL,

                Plaintiff,

v.                                      Case No.: 6:25-cv-222-WWB-NWH

RABBIT DESIGN INC.,

                Defendant.

_____/

<u>**ORDER**</u>

      THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

      **DONE AND ORDERED** at Orlando, Florida on October 21, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record